**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX SOLIS, ) | NO. CV 14-8620-E |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AWARDING ATTORNEY FEES |
| v. ) | |
| ) | PURSUANT TO THE EQUAL ACCESS TO |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |
| ) | |
| Defendant. ) | AND COSTS PURSUANT TO |
| ) | |
| ) | 28 U.S.C. § 1920 |

Based upon the parties' "Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" ("the Stipulation"), filed August 13, 2015,

It IS ORDERED that attorney fees and expenses in the amount of $2,400 are awarded, subject to the terms of the Stipulation.

Dated: September 9, 2015.

                                            /s/
                                 CHARLES F. EICK
                      UNITED STATES MAGISTRATE JUDGE